IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND SIEGER, individually and as Administrator of THE ESTATE OF SUSAN G. SIEGER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OCTAPHARMA USA, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 13-6922 |

## **ORDER**

**AND NOW**, this 24th day of July 2014, upon notice that the above-captioned action has settled, it is **ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. Any outstanding motions are **DENIED AS MOOT**.

3. The Clerk of Court shall close the above-captioned case for statistical purposes.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.